# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2116
_____

WILLIE M. LIGHTFOOT, JR.,

   Appellant,

   v.

MARK S. INCH, Secretary,
Department of Corrections,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Charles Dodson, Judge.

May 31, 2019


PER CURIAM.

   AFFIRMED.

RAY, BILBREY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Willie M. Lightfoot, Jr., pro se, Appellant.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee.